UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
~~WESTERN DIVISION~~
Southern Division
NO. ~~5:12-CR-58-BO-1~~
7:12-CR-58-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMONTA DEVONTA WALLACE | ORDER |

On motion of the Defendant, Lamonta Devonta Wallace, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 35 be sealed by this Court.

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 28 day of March, 2013.

_____
The Honorable Terrence W. Boyle
United States District Judge